IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3085 |
| vs. | FINAL ORDER OF FORFEITURE |
| JAVON KRUSE, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 45). On January 18, 2022, the Court entered a Preliminary Order of Forfeiture (filing 27) pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461, based upon the defendant's plea of guilty to a violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), and his admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in a Colt DA .38 caliber revolver was forfeited to the United States. Filing 27.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on January 19, 2021, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 44) was filed on April 6, 2022. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 45) is granted.

2. All right, title, and interest in and to the Colt DA .38 caliber revolver held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 6th day of April, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge