IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAVON KRUSE,

Defendant.

4:21-CR-3085

ORDER

IT IS ORDERED:

1.    The arrest warrant (filing 61) issued on February 9, 2026 is recalled.

2.    The Clerk of the Court shall immediately provide a copy of this order to the United States Marshal.

Dated this 10th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge